1  Gregory H. King, Bar No. 7777
   ghk@paynefears.com
2  Matthew L. Durham, Bar No. 10342
   mld@paynefears.com
3  PAYNE & FEARS LLP
   Attorneys at Law
4  7251 W. Lake Mead Blvd, Suite 525
   Las Vegas, NV 89128
5  Telephone: (702) 382-3574
   Facsimile: (702) 382-3834
6
7  Attorneys for Defendants U.S. HOME CORPORATION
   and GREYSTONE NEVADA, LLC

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| ELENA MORALES, individually; KELLY ANDERSON, individually; JAMES A. DAVIS and HELEN LOWE-DAVIS, individually; MARC A. FRAZIER, individually; KEVIN FRENCH, individually; PHUC LE and MAI HUYNH, individually; SANDRA MITE JAQUEZ, individually; CECIL MOORE JR, individually; CHRISTINA NARDACCI, individually; ALFONSO RAMIREZ, individually; ELIZABETH REYES, individually; WILFORD and SANDRA S. SAVAGE, individually; SAMMY and LINDA TORRES, individually; JEANETTE WILSON, individually; and ROES 1 through 600, inclusive<br><br>        Plaintiffs,<br><br>    v.<br><br>GREYSTONE NEVADA, LLC, a Delaware Corporation; U.S. HOME CORPORATION, a Delaware Corporation; and DOES 1 through 500, inclusive,<br><br>        Defendants. | Case No. 2:14-cv-00572-JAD-VCF<br><br>**JOINT STATUS REPORT** |

///

///

///

Plaintiffs Elena Morales, et al. (collectively, "Plaintiffs"), and Defendants U.S. Home Corporation and Greystone Nevada, LLC (collectively, "Developers"), by and through their counsel of record, hereby submit this Joint Status Report pursuant to this Court's April 16, 2014 minute order. The Court requested that the Joint Status Report address the following issues:

**1. Set forth the status of this action, including a list of any pending motions and/or other matters which require the attention of this court.**

Response: Plaintiffs filed their complaint against Developers in the Eighth Judicial District Court of Nevada on December 5, 2013. On March 26, 2014, Developers were served with a copy of the complaint and summons. On April 15, 2014, Developers removed this action to this Court. Developers basis for removal was diversity jurisdiction.

Following removal, on April 22, 2014, Developers filed a motion to dismiss and motion to compel arbitration. (Docs. #5 and #7.) On May 7, 2014, Plaintiffs filed an opposition thereto. (Doc. # 11.) Developers reply brief is due on May 19, 2014.

On May 5, 2014, Plaintiffs filed a motion for leave to file a first amended construction defect complaint. (Doc. # 10.) Developers' response is due on May 22, 2014.

On May 14, 2014, Plaintiffs filed a motion to remand. (Doc. #12.) Developers' response is due June 2, 2014.

**2. Include a statement by counsel of action required to be taken by this Court.**

Response: Once (1) Developers' motion to dismiss and motion to compel arbitration, (2) Plaintiffs' motion for leave to file a first amended construction defect complaint, and (3) Plaintiffs motion to remand have been fully briefed, this Court will need to issue rulings on the same.

**3. Include as attachments copies of any pending motions, responses and replies thereto and/or any other matters requiring the court's attention not previously attached to the notice of removal.**

///
///
///

1  <u>Response</u>:    All pending motions, responses and replies were filed with this Court
2  following removal and are available on the federal docket.

4  DATED this 16 day of May, 2014         DATED this 16 day of May, 2014

5  SHINNICK RYAN & RANSAVAGE P.C.         PAYNE & FEARS LLP

8  By:  */s/ Bradley S. Rosenberg*          By:  */s/ Matthew L. Durham*
   Duane E. Shinnick, NV Bar No. 7176      Gregory H. King, NV Bar No. 7777
   Bradley S. Rosenberg, NV Bar No. 8737   Matthew L. Durham, NV Bar No. 10342
   Courtney K. Lee, NV Bar No. 8154        7251 W. Lake Mead Blvd., Suite 525
   Business Park Court, Suite 210          Las Vegas, Nevada 89128
   Las Vegas, NV 89128                     Tel. (702) 382-3574
   Tel. (702) 631-8014

                                           Attorneys for Defendants
   Attorneys for Plaintiffs                U.S. HOME CORPORATION and GREYSTONE
                                           NEVADA, LLC

16  4842-5934-6203.1

## CERTIFICATE OF SERVICE

I hereby certify that on May 16, 2014, I served a true and correct copy of the above and foregoing, **JOINT STATUS REPORT** was made this date by electronic transmission through the court's CM/ECF program.

                                                  */s/ Nancy Babas*
                                                  Nancy Babas

                                                  An Employee of PAYNE & FEARS LLP

PAYNE & FEARS LLP
ATTORNEYS AT LAW
7251 W. LAKE MEAD BLVD., SUITE 525
LAS VEGAS, NV 89128
(702) 382-3574